UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**

JUL 07 2022

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.    INFORMATION NO. 6:22cr13
      18 U.S.C. § 641

JENNIFER LEE WEST

\* \* \* \* \*

**THE UNITED STATES ATTORNEY CHARGES:**

From in or about January 2006, and continuing through in or about January 2020, in Whitley County, in the Eastern District of Kentucky, and elsewhere,

**JENNIFER LEE WEST**

did knowingly and intentionally embezzle, steal, purloin, and convert to her use or the use of another money and things of value of the United States or of any department or agency thereof, in an amount exceeding $1,000.00, to wit, Title XVI Social Security benefits to which she was not entitled, all in violation of 18 U.S.C. § 641.

**FORFEITURE ALLEGATION**
**18 U.S.C. § 981(a)(1)(C)**
**28 U.S.C. § 2461(c)**

The sole Count is realleged and incorporated by reference as if fully set forth herein.

Pursuant to 18 U.S.C. § 981(a)(1) and 28 U.S.C. § 2461(c), upon conviction of the felony offense charged in this Information, **JENNIFER LEE WEST** shall forfeit any

property that constitutes or is derived from proceeds traceable, directly or indirectly, to the commission of the offense, including, but not limited to:

**MONEY JUDGMENT:**

$117,615.00, representing the proceeds obtained as a result of the crime.

By virtue of the commission of the felony offense charged in this Information, any and all interest **JENNIFER LEE WEST** has in this property is vested in, and hereby forfeited to, the United States pursuant to 18 U.S.C. § 981(a)(1) and 28 U.S.C. § 2461(c).

If any of the property described above, as a result of any act or omission of the Defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property in which the Defendant has an interest, up to the value of the property subject to forfeiture, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

 

*[signature]*

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

Not more than 10 years imprisonment, $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Forfeiture.

**PLUS:** Restitution.